IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

CHARLES JORDAN and JOANN JORDAN                           PLAINTIFFS

V.                       CASE NO. 2:16-CV-2104

JPMORGAN CHASE BANK, NATIONAL ASSOCATION                  DEFENDANT

## ORDER

Currently before the Court is the parties' Joint Stipulation of Dismissal with Prejudice (Doc. 25). Having considered the Stipulation, the Court finds it is well taken. **IT IS THEREFORE ORDERED** that all claims Plaintiffs Charles and JoAnn Jordan asserted or could have asserted against Defendant JPMorgan Chase Bank, National Association, in this case are **DISMISSED WITH PREJUDICE**, with each party bearing its own costs, expenses, and attorneys' fees.

**IT IS SO ORDERED** on this 22nd day of February, 2017.

_____
TIMOTHY L. BROOKS
UNITED STATES DISTRICT JUDGE